# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BELTRAN-CHAIDEZ,<br><br>Defendant. | Case No. 1:22-cr-00131-JLT-SKO-6<br><br>ORDER DENYING MOTION FOR BAIL REVIEW WITHOUT PREJUDICE<br><br>(ECF No. 171) |

On October 2, 2023, Defendant Antonio Beltran-Chaidez, filed what is entitled a motion for bail review. (ECF No. 171.) Defendant moves for an order modifying the terms and conditions of pre-trial confinement to allow for release on pre-trial conditions. Defendant proffers that he has been interviewed, and based on property available to be posted for his release, availability of employment, and appropriate third-party supervision, that new and changed conditions exist for his release.

The motion was not properly filed as a noticed motion in the CM/ECF system, and does not sufficiently detail the changed circumstances such that the Government can determine whether or how to oppose the request.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the motion for bail review is DENIED without prejudice to the refiling of the motion as a proper noticed motion with sufficient details concerning the changed circumstances.

IT IS SO ORDERED.

Dated:   **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE