PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BELTRAN-CHAIDEZ,<br><br>Defendant. | CASE NO.  1:22-CR-00131-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING CHANGE OF PLEA<br><br>DATE: May 15, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, these matters were scheduled for a status conference on May 15, 2024, before U.S. Magistrate Judge Sheila K. Oberto.

2. The parties have reached a plea agreement and the written plea document has been filed. It is therefore requested that this matter be set for a change of plea before U.S. District Judge Jennifer L. Thurston on April 22, 2024, at 9:00 a.m. and the status conference currently set for May 15, 2024, be vacated.  Time has previously been excluded time to and throughMay 15, 2024.

///

///

///

IT IS SO STIPULATED.

Dated: April 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: April 9, 2024

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for defendant Antonio Beltran-Chaidez

**ORDER**

IT IS SO ORDERED.

DATED: 4/10/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE