1   DANIEL L. HARRALSON, ESQ. SBN#109322
    Law Office of Daniel L. Harralson
2   Post Office Box 26688
    Fresno, California 93729-6688
3   Telephone: 559.486.4560
    Facsimile: 559.486.4320
4   harralsonlaw@sbcglobal.net

5   Attorney for Defendant: Antonio Beltran-Chaidez

6

7                    IN THE UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,              Case No.  1:22-CR-00131-JLT-SKO

10                       Plaintiff,        **MOTION TO TERMINATE CJA
                                           APPOINTMENT OF DANIEL L. HARRALSON
11            v.                           AS ATTORNEY OF RECORD AND
                                           [~~PROPOSED~~] ORDER**
12   ANTONIO BELTRAN-CHAIDEZ

13                       Defendant.

14

15        On July 11, 2023, Defendant, **ANTONIO BELTRAN-CHAIDEZ** was indicted on Federal

16   charges.  CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent

17   Mr. Beltran-Chaidez on July 12, 2023, in his criminal case.  Mr. Beltran-Chaidez was Sentenced

18   pursuant to a Plea Agreement on August 26, 2024.  The time for filing a direct Appeal was September 9,

19   2024, no direct appeal was filed as Mr. Beltran-Chaidez waived his appeal rights.  Mr. Beltran-Chaidez

20   was in custody at the time of Sentencing and the trial phase of Mr. DeLeon's criminal case has,

21   therefore, come to an end.

22        Having completed his representation of Mr. Beltran-Chaidez, CJA Attorney, Daniel L. Harralson

23   now moves to terminate his appointment under the Criminal Justice Act.

24   \\\

25   \\\

26

27        USA v. Antonio Beltran-Chaidez                    1
        Motion to Terminate CJA Appointment of Daniel L. Harralson
28

1    Should Mr. Beltran-Chaidez require further legal assistance he has been advised to contact the

2    Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

3    330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if

4    appropriate, will arrange for the re-appointment of counsel to assist him.

5    Dated: June 18, 2025                                Respectfully submitted,

6                                                         /s/ Daniel L. Harralson
                                                         **DANIEL L. HARRALSON, ESQ.**
7                                                         Attorney for Defendant **Antonio Beltran-Chaidez**

8

9

10                               **[~~PROPOSED~~] ORDER**

11    Having reviewed the notice and found that attorney Daniel L. Harralson has completed the

12    services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to

13    withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant

14    is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300

15    Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561

16    (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of

17    counsel to assist Defendant.

18    The Clerk of Court is directed to serve a copy of this order on Defendant Ryan Michael Villa at

19    the following address and to update the docket to reflect Defendant's pro se status and contact

20    information.
      Antonio Beltran-Chaidez – 04987-112
21    FCI Lompoc II
      Federal Correctional Facility
22    3901 Klein Blvd.
      Lompoc, California 93436
23

24    **IT IS SO ORDERED**

25    Dated: June 20, 2025

26                                                         UNITED STATES DISTRICT JUDGE

27    USA v. Antonio Beltran-Chaidez
      Motion to Terminate CJA Appointment of Daniel L. Harralson

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3